**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

**v.**

**ANTOINI MARTIN JONES**

\*     **IN THE**

\*     **COURT OF APPEALS**

\*     **OF MARYLAND**

\*     **Misc. Docket AG No. 51**

\*     **September Term, 2021**

## O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Antoini Martin Jones, to suspend the Respondent from the practice of law in Maryland for 60 days, stayed in favor of one year of probation with terms, for violations of Rules 1.1, 1.5(a), 1.15(a) and (c), 1.16(d), and 8.4(a) and (d) of the Maryland Rules of Professional Conduct, it is this 12th day of January, 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Antoini Martin Jones, be suspended for 60 days from the practice of law in the State of Maryland; and it is further

**ORDERED**, that, the suspension be, and hereby is, STAYED in favor of one year of probation with the terms contained in the Probation Agreement.

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Joseph M. Getty
Chief Judge

Suzanne C. Johnson, Clerk